IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARTUR TCHIBASSA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:25-cv-2604-N-BN |
| | § | |
| JIMMY JOHNSON, Facility Administrator, Prairieland Detention Center, ET AL., | § § § | |
| | § | |
| Respondents. | § | |

## ORDER AND NOTICE OF DEFICIENCY

Petitioner Artur Tchibassa, currently detained by U.S. Immigration and Customs Enforcement at the Prairieland Detention Center, in the Dallas Division of this district, filed with the assistance of counsel an application for a writ of habeas corpus under 28 U.S.C. § 2241. *See* Dkt. No. 1. Senior United States District Judge David C. Godbey referred Tchibassa's habeas action to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference. The habeas application references exhibits, but it does not appear that those exhibits were filed with the Court. To the extent that this is a deficiency, it should be cured as soon as possible – and no later than **October 3, 2025** – so the Court can order service of the habeas petition and all applicable exhibits.

SO ORDERED.

DATED: September 26, 2025

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE