IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARTUR TCHIBASSA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:25-cv-2604-N-BN |
| | § | |
| JIMMY JOHNSON, Facility Administrator, Prairieland Detention Center, ET AL., | § § § | |
| | § | |
| Respondents. | § | |

## ORDER REQUIRING SERVICE AND SETTING BRIEFING SCHEDULE

Petitioner Artur Tchibassa, currently detained by U.S. Immigration and Customs Enforcement at the Prairieland Detention Center, in the Dallas Division of this district, filed with the assistance of counsel an application for a writ of habeas corpus under 28 U.S.C. § 2241. *See* Dkt. Nos. 1 & 4.

Senior United States District Judge David C. Godbey referred Tchibassa's habeas action to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference.

The Court requests that the Clerk of Court electronically serve a copy of this order, together with a copy of the petition and its attachments, if any, on the United States Attorney for the Northern District of Texas.

That office must file, by **December 1, 2025**, an answer, motion, or other response to the petition (the "Response").

And Tchibassa may submit a reply brief to the Response within **30 days** from the date of service of the Response. Any reply filed must be limited to the arguments

raised in the Response and shall not include any new allegations of fact or new grounds for relief.

    SO ORDERED.

    DATED: September 29, 2025

    _____
    DAVID L. HORAN
    UNITED STATES MAGISTRATE JUDGE