IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARTUR TCHIBASSA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:25-cv-2604-N-BN |
| | § | |
| JIMMY JOHNSON, Facility Administrator, Prairieland Detention Center, ET AL., | § § § | |
| | § | |
| Respondents. | § | |

## ORDER ALLOWING AMENDED HABEAS APPLICATION AND REVISING BRIEFING SCHEDULE

Considering the parties' agreement [Dkt. No. 9] and Federal Rule of Civil Procedure 15 and Rules 1(b) & 12 of the Rules Governing Section 2254 Proceedings, Petitioner Artur Tchibassa may file an amended application for a writ of habeas corpus under 28 U.S.C. § 2241 (that incorporates all claims and therefore stands alone and, when filed, will supersede the pending habeas application) by **December 1, 2025**. The response to the amended application must be filed by **December 15, 2025**. And Tchibassa may file a reply brief by **January 14, 2026**.

SO ORDERED.

DATED: November 21, 2025

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE