IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARTUR TCHIBASSA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:25-cv-2604-N-BN |
| | § | |
| JIMMY JOHNSON, Facility | § | |
| Administrator, Prairieland Detention | § | |
| Center, ET AL., | § | |
| | § | |
| Respondents. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore denies Petitioner Artur Tchibassa's motion for a temporary restraining order [Dkt. No. 7].

SO ORDERED this 24th day of April, 2026.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE